# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SALVATORE J. SOWELL,**

      **Plaintiff,**

  v.

**STATE OF OHIO,** *et al.***,**

      **Defendants.**

**Case No. 2:24-cv-4153**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on the November 18, 2024, Report and Recommendation issued by the Magistrate Judge. (R&R, ECF No. 4.) Plaintiff Salvatore J. Sowell brings this prisoner civil rights action under 42 U.S.C. § 1983. (ECF No. 1, PageID 8.) He filed a Motion to Proceed *in forma pauperis*. (ECF No. 1.) The Magistrate Judge recommended that the Court deny the Motion. (R&R, PageID 27.)

The Magistrate Judge concluded that Plaintiff is prohibited from proceeding *in forma pauperis* in this case under 28 U.S.C. § 1915(g) "because at least three complaints previously filed by [Plaintiff] while he has been a prisoner were dismissed as frivolous or for failure to state a claim upon which relief may be granted." (*Id.*, PageID 24–25) (citing *Sowell v. United States*, No. 2:23-cv-1683 (S.D. Ohio Jan. 8, 2024) (Sargus, J.; Litkovitz, M.J.) (ECF Nos. 25, 27, 28); *Sowell v. Huntington Bank*, No. 2:23-cv-4250 (S.D. Ohio Feb. 16, 2024) (Graham, J.; Vascura, M.J.) (ECF Nos. 6, 10, 11); *Sowell v. Ohio State Univ.*, No. 2:24-cv-873 (S.D. Ohio June 6, 2024) (Morrison, J.; Deavers, M.J.) (ECF Nos. 6, 10, 11); *see also Sowell v. Comm'r of Soc. Sec.*, No. 2:24-cv-3086 (S.D. Ohio Sept. 4, 2024) (Marbley, J.; Litkovitz, M.J.) (ECF Nos. 6, 11) (denying Plaintiff's motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g)); *Sowell v. U.S.*

*Dist. Ct.*, No. 2:24-cv-3916 (S.D. Ohio Nov. 6, 2024) (Marbley, J.; Vascura, M.J.) (ECF No. 5) (report and recommendation pending to deny Plaintiff's motion for leave to proceed *in forma pauperis* based on his accumulating three strikes). The Magistrate Judge concluded that none of the statutory exceptions under § 1915(g) applied to Plaintiff. (R&R, PageID 26.) The Magistrate Judge further recommended that the Court certify under 28 U.S.C. § 1915(a)(3) that any appeal of an Order adopting the Report and Recommendation would not be taken in good faith. (*Id.*, PageID 27.)

> Once a magistrate judge issues a report and recommendation, the relevant statute provides:
>
> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). The failure to file written objections to a magistrate judge's report and recommendation waives a de novo determination by the district court of any issues addressed in the report and recommendation. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Plaintiff was advised of his right to object to the Report and Recommendation and of the consequences of failing to do so. (R&R, PageID 27.) Plaintiff did not timely object to the Report and Recommendation. Plaintiff filed a Complaint (ECF No. 5) after the Report and Recommendation was issued, but Plaintiff did not object to the Report and Recommendation in the Complaint.

The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. (ECF No. 4.) The Court **DENIES** Plaintiff's Motion to Proceed *in forma pauperis*. (ECF No. 1.) The Court **ORDERS** Plaintiff to pay the full $405 filing fee required to commence this action **within thirty**

3

**(30) days of this Order** and **NOTIFIES** Plaintiff that his failure to timely pay the full $405 fee will result in the dismissal of his action. *See In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002). Pursuant to 28 U.S.C. § 1915(a)(3), the Court **CERTIFIES** that any appeal of this Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610–11 (6th Cir. 1997).

This case remains open.

**IT IS SO ORDERED.**

**1/7/2025**　　　　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**